IN RE: INQUIRY CONCERNING A JUDGE, NO. 96 KENNETH A. GRIFFIN, RESPONDENT

No. 713A86

(Filed 7 July 1987)

**Judges § 7— censure of judge for misconduct**

A superior court judge is censured by the Supreme Court for conduct prejudicial to the administration of justice that brings the judicial office into disrepute because of his inappropriate comments and injudicious response to comments by a spectator during the nonjury acceptance of guilty pleas and sentencing hearing involving two defendants in the Mecklenburg County Superior Court.

THIS matter is before this Court upon a recommendation by the Judicial Standards Commission (Commission), filed with the Court on 12 December 1986, that Judge Kenneth A. Griffin, a judge of the General Court of Justice, Superior Court Division, Twenty-Sixth Judicial District of the State of North Carolina, be censured for conduct prejudicial to the administration of justice that brings the judicial office into disrepute, in violation of Canons 2A, 3A(2), and 3A(3) of the North Carolina Code of Judicial Conduct.

*No counsel for respondent.*

PER CURIAM.

The events in this proceeding occurred 25 April 1985 during the nonjury acceptance of pleas of guilty and sentencing hearing involving two defendants in Mecklenburg County Superior Court. The conduct involved inappropriate comments by Judge Griffin and an injudicious response to comments by a spectator. We find no need for a further recital of the evidence.

The findings of fact by the Commission are fully supported by the record and this Court adopts them. The conclusion and recommendation of the Commission are supported by the record and are appropriate.

The conduct of Judge Griffin at the time in question was prejudicial to the administration of justice and brought the judicial office into disrepute, in violation of Canons 2A, 3A(2), and 3A(3) of the Code of Judicial Conduct. For this conduct, Judge Griffin merits censure.

Now, therefore, it is ordered by the Supreme Court in Conference that Judge Kenneth A. Griffin be, and he is hereby, censured by this Court for the conduct specified in the Commission's findings.